IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EFRAILIO MORALES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VILLA MANNINO RISTORANTE & PIZZERIA, and JOHN DOES, individually,<br><br>Defendants. | CIVIL ACTION NO.<br>3:22-cv-06244-GC-DEA |

It is so ordered this 8th day of June, 2023

*Georgette Castner*
Georgette Castner, U.S.D.J.

## NOTICE OF STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiffs, Efrailio Morales and Lourdes Aguiriano, and Defendants, Villa Mannino Ristorante & Pizzeria and Marco Mannino (incorrectly pled as "Mareo Mannino"), by and through their respective undersigned counsel of record, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby agree and stipulate to Plaintiffs' voluntary dismissal with prejudice of all claims against all defendants, without costs or attorneys' fees against any party identified in the action.

**THE PARTIES SO STIPULATE AND AGREE, BY AND THROUGH THEIR RESPECTIVE BELOW-SIGNED COUNSEL OF RECORD:**

JAFFE GLENN LAW GROUP, P.A.

*/s/ Andrew I. Glenn*
Andrew I. Glenn, Esq.
*Attorneys for Plaintiffs Morales and Aguiriano*

Dated: 5/19/23

MALAMUT & ASSOCIATES LLC

*/s/ Christopher J. Keating*
Christopher J. Keating, Esquire
*Attorneys for Defendants*

Dated: 6/1/2023

1